UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Country Inns & Suites by
Carlson, Inc.,

       Plaintiff,

v.          ORDER

Praestans One, L.L.C., et al.,

       Defendants.   Civ. No. 13-3381 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That Defendant Nayanesh P. Amin is **DISMISSED without prejudice** from this action, for Plaintiff's failure to comply with the Court's Order of January 17, 2014, [Docket No. 12], and for lack of prosecution.

BY THE COURT:

s/Patrick J. Schiltz
Judge Patrick J. Schiltz
United States District Court

DATED:   3/18/14