UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Country Inns & Suites by
Carlson, Inc.,

        Plaintiff,

v.                                        ORDER

Praestans One, L.L.C., et al.,

        Defendants.         Civ. No. 13-3381 (PJS/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.      That Defendant Ramesh Joshi's Motion to Dismiss, [Docket No. 36], is **DENIED**.

2.      That Defendant Vijay Modi's Motion to Dismiss, [Docket No. 37], is **DENIED**.

3.      That Defendant Sanjay M. Amin's Motion to Dismiss, [Docket No. 40], be **DENIED**.

BY THE COURT:

s/Patrick J. Schiltz
Judge Patrick J. Schiltz
United States District Court

DATED:     07/14/14