UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Country Inns & Suites by
Carlson, Inc.,

        Plaintiff,

v.                                                              ORDER

Praestans One, L.L.C., et al.,

        Defendants.                        Civ. No. 13-3381 (PJS/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.    That Plaintiff's Motion for Default Judgment and Award of Attorneys' Fees and Costs Against Defendants Praestans One, LLC, Naresh Amin, Sanjay Amin, Ramesh Joshi, and Vijay Modi, [Docket No. 66], is **GRANTED**;

2.    That default judgment in the amount of $190,541.58 is entered against Defendants Praestans One, LLC, Naresh Amin, Sanjay Amin, Ramesh Joshi, and Vijay Modi, jointly and severally; and

3.    That Defendants Praestans One, LLC, Naresh Amin, Sanjay Amin, Ramesh Joshi, and Vijay Modi are held responsible – jointly and severally – for paying Plaintiff's attorneys' fees incurred in the present case, in the amount of $24,395.68.

4.     Judgment is entered accordingly.

                                                          BY THE COURT:

DATED: 12/30/14                       <u>s/Patrick J. Schiltz</u>
                                                 Judge Patrick J. Schiltz
                                                 United States District Court